IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL JACKSON                                                                                    PLAINTIFF

v.                                       Civil No. 6:20-cv-06056

WARDEN ANTHONY JACKSON, ET AL                                              DEFENDANTS

**ORDER**

Now before the Court is the Report and Recommendation filed September 16, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 23.) Plaintiff proceeds in this section 42 U.S.C. §1983 action *pro se* and *in forma pauperis*. After considering the Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 16), Judge Bryant recommends that the motion be granted and that this matter be dismissed with respect to all Defendants.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly, it is hereby ORDERED that the Motion to Dismiss (ECF No. 23) is GRANTED and Plaintiff's Amended Complaint (ECF No. 7) is DISMISSED.

**IT IS SO ORDERED** this 23rd day of November 2020.

/s/ Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE